UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV-07-03966 MJD-SRN

| | |
|---|---|
| Robin Gipson,<br><br>    Plaintiff,<br>v.<br><br>American Coradius International, LLC<br>and Joseph Marzulli,<br><br>    Defendants. | **NOTICE OF<br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                                                            Respectfully submitted,

Dated: January 19, 2008                **BARRY & SLADE, LLC**

                                                            By:  **s/Peter F. Barry**
                                                            Peter F. Barry, Esq.
                                                            Attorney I.D.#0266577
                                                            2021 East Hennepin Avenue, Suite 195
                                                            Minneapolis, MN 55413-2700
                                                            Telephone:  (612) 379-8800
                                                            Facsimile: (612) 379-8810
                                                            pbarry@lawpoint.com


                                                            Attorneys for Plaintiff


pfb/ra