**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV-07-03966 MJD-SRN**

| | |
|---|---|
| Robin Gipson,<br><br>          Plaintiff,<br>v.<br><br>American Coradius International, LLC<br>and Joseph Marzulli,<br><br>          Defendants. | **ORDER OF DISMISSAL<br>WITH PREJUDICE** |

**ORDER**

Based on the NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE filed by Plaintiff herein, this Court hereby orders that the Plaintiffs' Complaint against these Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: January 22, 2008              s/Michael J. Davis
                                     HON. JUDGE MICHAEL J. DAVIS
                                     United States District Court Judge