✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

Robin Gipson

V.

American Coradius International, LLC, Joseph Marzulli

**JUDGMENT IN A CIVIL CASE**

Case Number:  07-cv-3966 MJD/SRN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this Court hereby orders that the Plaintiffs' Complaint against these Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

| January 23, 2008 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Janet Midtbo |
| | (By)     Janet Midtbo,   Deputy Clerk |

Form Modified:  09/16/04